**UNITED STATES FIDELITY AND GUARANTY COMPANY; Fidelity and Guaranty Insurance Underwriters, Incorporated; St. Paul Mercury Insurance Company, Plaintiffs–Appellees,**

v.

**ELLETT BROTHERS, Incorporated, Defendant–Appellant.**

No. 03–1306.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 23, 2003.

Decided Oct. 27, 2003.

---

*Dungee,* 258 Va. 235, 520 S.E.2d 164, 180 (Va.1999).

Thornwell F. Sowell, III, Sowell, Gray, Stepp & Laffitte, L.L.C., Columbia, South Carolina, for Appellant. Walter J. Andrews, Michael S. Levine, Shaw Pittman, McLean, Virginia; John E. Johnston, Jr., Leatherwood, Walker, Todd & Mann, P.C., Greenville, South Carolina, for Appellees.

Before WILKINSON, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Ellett Brothers, Inc., appeals the district court's orders granting United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., and St. Paul Mercury Insurance Company's motion for summary judgment in its action seeking a declaratory judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See U.S. Fid. & Guar. Co. v. Ellett Bros., Inc.,* No. CA–00–3691–3 (D.S.C. Feb. 11 & Mar. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*